# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

136052

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BARBARA SUE WILLIAMS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136052
COA: 271870
Genesee CC: 04-013953-FH

On order of the Court, the application for leave to appeal the January 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008

Clerk

t0625